IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

PATSY HODGES AND JESSIE P. MABRY                         PLAINTIFFS

VS.                              CIVIL ACTION NO. 5:06-cv-00065-DCB-JMR

AMERICAN FIDELITY ASSURANCE
COMPANY                                                  DEFENDANT

## ORDER OF DISMISSAL WITH PREJUDICE

The parties have jointly moved the Court, *ore tenus,* to dismiss this action with prejudice, and the Court is advised that the action has been fully and finally compromised and settled and that the parties through their attorneys, have consented to entry of this order.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this civil action, including all claims asserted and which could have been asserted by Plaintiffs, is dismissed with full prejudice to Plaintiff's rights, and each party shall pay its own costs. Nothing in this order is intended to preclude future action by any other member of the putative class.

SO ORDERED AND ADJUDGED, this  29th  day of   May   , 2008.


  s/ David Bramlette
DISTRICT COURT JUDGE

APPROVED:


s/ Marc A. Biggers

MARC A. BIGGERS [MSB #2533]

<u>s/ Alex Purvis</u>

ALEX PURVIS [MSB #100673]